## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF A, PLAINTIFF B,
PLAINTIFF JAN, CHUN PEY, AND
OTHERS SIMILARLY SITUATED,
                      Plaintiffs

              v.                      CIVIL ACTION NO.:
                                        04-11022-EFH

WANG, TAIHUA, COMMUNIST PARTY
SECRETARY OF ANHUI PROVINCE,
AND FORMERLY GOVERNOR OF
ANHUI PROVINCE OF THE PEOPLE'S
REPUBLIC OF CHINA,
                      Defendants.

* * * * * * * * * * * * * * * * * * * * * *

## O R D E R

May 24, 2004

HARRINGTON, S.D.J.

      The Court denies the Plaintiffs' Motion to Withhold Identities of Plaintiffs Named in the Complaint.  Under the Due Process Clause of the United States Constitution, every party to a legal dispute has the right to notice and a hearing.  It is of the very essence of due process that any defendant be advised as to the names of the complainants in order to be able to raise an adequate defense to the allegations made.

      The plaintiffs' motion is denied.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge