United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
MAY 25 P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff A, Plaintiff B,
Plaintiff JAN, Chun Pey, and
others similarly situated,
          Plaintiffs,

v.

WANG, Taihua, Communist Party
Secretary of Anhui Province, and
formerly Governor of Anhui Province
of the People's Republic of China,
          Defendant

Case Number 2004-11022

Civil Tort

Jury Trial Requested

## MOTION TO SEAL POWER OF ATTORNEY DOCUMENTS

1. In order to protect the plaintiffs and their relatives who are in China from possible reprisal and retaliation as a result of filing this complaint against WANG Taihua, it is requested that the Court seal the Power of Attorney documents and withhold them from the public, as they reveal the names of the Plaintiffs. Suppressing the Power of Attorney documents will not harm the interest of the defense or the public. However, disclosure of the Plaintiffs' names on these documents may jeopardize the lives of the plaintiffs, their relatives, and anyone in China associated with the victims and this complaint.

2. The safety of the plaintiffs and their family and friends in light of the severity of the persecution and the cruelty with which Falun gong practitioners are treated is of utmost concern. There has been precedence in which the plaintiff, his family members, and friends suffered retaliation after a suit was filed in U.S. District Court of the Southern District of New York on July 17, 2001, against Zhao Zhifei, Associate Director of the Police Department of Wuhan City in Hubei Province. (see Att. 1)

3. The identities of the plaintiffs in a similar class-action lawsuit filed under the Alien Tort Claims Act and the Torture Victims Protection Act against Jiang Zemin and the "610 Office" in the U.S. District Court of the Northern District of Illinois on October 18, 2002, were suppressed upon request. (See Att. 2 for information on similar lawsuits)

4. China is a country where imprisonment, torture, and execution of those perceived to be in opposition to authority continues. Such punishment is frequently carried out against family members as a means of intimidating, terrorizing, and gaining information. (see Att. 3)

5. The serious nature of the plaintiffs' allegations against the defendant demonstrate the need to seal the Power of Attorney documents, which reveal the plaintiffs' identities.

For all of these reasons, this motion should be granted.

Respectfully submitted on 5-25-04
by Constance Phillips

_Constance Phillips_

on behalf of Jang Jei Jaw
Attorney in Fact

15 Spear St
Melrose MA 02176
781-662-6927

Falun Dafa Clearwisdom.net

# Sued for the Death of Peng Min and His Mother, Zhao Zhifei Viciously Persecutes the Peng Family out of Revenge

**(Clearwisdom.net)**

After Zhao Zhifei, the Associate Director of the Police Department of Wuhan City, Hubei Province was sued in a court of law abroad for persecuting Falun Gong practitioner Peng Min and his mother Li Yingxiu to death, Zhao spared no effort in retaliating against the victim's family members and other practitioners who once helped the family members. According to an insider, Peng Min's older brother Peng Liang, his father Peng Weisheng and younger sister Peng Yan once met during the 2003 Spring Festival in the brainwashing center of Yujiatou, but they still have no personal freedom. The local government once promised to arrange jobs and build houses for them. However, it turned out to be just a show for television propaganda. Until now, the ashes of Peng Min and Li Yingxiu still remain in the funeral home with nobody to take care of them.

Because of his firm belief in Dafa, Peng Min suffered physical abuse in jail and was severely injured. After being sent to a hospital, he received no treatment and died there. His mother, Li Yingxiu, and elder brother Peng Liang, were sent to a brainwashing center. Due to the evil force's persecution and the mental agony of losing a son, Li Yingxiu came down with an illness and was sent to a hospital. She died there several days later. When Min's elder brother Peng Liang and father Peng Weisheng went to pay their last respects to her remains, they found that Li Yingxiu's hair had been shaved, her head had been drilled into, her nose and mouth were filled with blood, and her clothes were bloodstained as well. Peng Weisheng asked the workers there for the true cause of his wife's death, but nobody answered him.

Then, Peng Weisheng was sent back to the brainwashing center, transferred later to a detention center and was later sent to a brainwashing center again. He escaped once from the brainwashing center and passed many different places to reach Xinjiang Province. Later, the Police Department of Wuchang District in Wuhan City spent a lot of money and effort to finding him and sending him back to Wuhan. Since then, he has been detained in a brainwashing center, but he still has the firm belief and solid determination to uphold Falun Dafa.

Min's elder brother Peng Liang was cruelly persecuted and forced to write a letter of guarantee. After that, he was released. With the help fellow practitioners, he filed a lawsuit in a United States court against the associate director Zhao Zhifei of the Police Department of Hubei Province and Zhao received a court summons during his visit to the U.S. After returning to China, Zhao began rampantly seeking revenge. Many Falun Gong practitioners who once took Peng Liang in and helped him were arrested and Peng Liang himself was also arrested in August 2001.

After being arrested, Peng Liang was detained more than once in the Second Detention Center of Wuhan City, where the jailed are usually long term criminals and convicts are sentenced to death. Later he was transferred to Qinglin Detention Center of Wuchang District and finally to the brainwashing center of the "610 Office" of Wuchang District. He was constantly monitored by police and collaborators [*former Falun Gong practitioners who have gone astray due to brainwashing and torture*]. In response, he often said, "Whatever is obviously white, they are desperately forcing me to say is black." Whenever he said this, the evil people threatened him by saying: "Don't talk nonsense! If you say this in public, you may disappear the next day."

Min's younger sister Peng Yan was secretly sentenced to three years of imprisonment by the Court of Wuchang District. During the Spring Festival of 2000, she was in the women's jail taking part in collectively reading aloud "Lunyu" (the preface of *Zhuan Falun*, the main Dafa book) to support other practitioners. During that time, she was tied on the "Death Bed." Policemen rushed into her cell to beat and kick her while she continue clarifying the truth to them with compassion. One year later, after her mother and brother were killed, prison guards received orders from their leaders asking them to "transform" her at any cost, and the most evil people were chosen to do it. Her three-year term is over, but we do not know yet if, in fact, she has regained her freedom.

Posting date: 9/13/2003
Original article date: 9/12/2003
Category: Eye Witness Accounts
Translated on 9/5/2003
Chinese version available at http://www.minghui.org/mh/articles/2003/8/28/56324.html