## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF A, PLAINTIFF B,
PLAINTIFF JAN, CHUN PEY, AND
OTHERS SIMILARLY SITUATED,
       Plaintiffs

     v.          CIVIL ACTION NO.:
                04-11022-EFH

WANG, TAIHUA, COMMUNIST PARTY
SECRETARY OF ANHUI PROVINCE,
AND FORMERLY GOVERNOR OF
ANHUI PROVINCE OF THE PEOPLE'S
REPUBLIC OF CHINA,
       Defendant.

* * * * * * * * * * * * * * * * * * * * * *

### O R D E R

May 24, 2004

HARRINGTON, S.D.J.

  The Court grants plaintiffs' Motion to Seal Power of Attorney Documents at this time. The Power of Attorney Documents are subject to unsealing upon motion of the defendant.

  SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge