# UNITED STATES DISTRICT COURT

For The Eastern _____ District of _____ Massachusetts _____

Plaintiff A, Plaintiff B,
Plaintiff JAN, Chun Pey, and
Others Similarly Situated,
                Plaintiffs,
     V.

WANG, Taihua, Communist Party
Secretary of Anhui Province, and
formerly Governor of Anhui Province
of the People's Republic of China,

         Defendant,

FILED
AT CLERKS OFFICE
2004 MAY 25 P 3:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04c 11022 EFH**

TO: (Name and address of Defendant)

WANG, Taihua
City of Hefei
Anhui Province
The People's Republic of China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jang Jei Jaw
16 Flintlock Road
Lexington, MA 02420
U.S.A.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK TONY ANASTAS

DATE 5-21-04

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 24, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| J.C. MARCHANDO | CONSTABLE OF BOSTON |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1 Seaport Lane Room #1738, Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $50.00 | $70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 24, 2004
                  Date

*Signature of Server*

U.N.I. CONSTABLE SERVICE
P.O. BOX 117, ALLSTON, MA 02134
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.