# AFFIDAVIT OF MAILING
## UNITED STATES DISTRICT COURT / BOSTON, MA

Case No. 04CV 11022 EFH

Plaintiff A, Plaintiff B, Plaintiff JAN, Chun Pey, and Others Similarly Situated.

-against-

Defendant,
WANG, Taihua, Communist Party
Secretary of Anhui Province, and
formerly Governor of Anhui Province
of the People's Republic of China,

State of Massachusetts, County of Middlesex :
Suan C Kuo

Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in Massachusetts.

### MAILING

ON JUNE 10, 2004, Deponent enclosed a copy of the SUMMONS, COMPLAINT in the above matter, in a postpaid sealed wrapper properly addressed to the defendant SECRETARY WANG TAI HUA, THE PROVINCIAL GOVERNMENT, CHANGJIANG ROAD, CITY OF HEFEI, ANHUI PROVINCE, PEOPLE'S REPUBLIC OF CHINA 230001 and deposit said wrapper in a post office – official depository under the exclusive care and custody of DHL Express, within the State of Massachusetts.

_____
Suan C. Kuo

JONES P. WING
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 24, 2006

125 SUMMER STREET BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ⚹ SUNSTEIN LLP

SARAH C PECK
T 617 443 9292 X270
SPECK@BROMSUN.COM

August 2, 2004

**BY HAND**

Civil Clerk's Office
United States District Court
For the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

Re  *First Act, Inc. v. Brook Mays Music Company, Inc.*
    Civil Action No. 03-12020 (EFH)
    Our File    2202/504

Dear Sir/Madam:

Enclosed for filing in connection with the above-referenced matter, please find:

1. Memorandum Of Law In Support Of First Act's Motion For Reconsideration/For Protective Order (*Highly Confidential, Filed Under Seal Pursuant to Protective Order*); and

2. Declaration of Mark S. Izen In Support of Plaintiff's Motion for Reconsider for Protective Order (*Highly Confidential, Filed Under Seal Pursuant to Protective Order*).

Pursuant to Judge Edward Harrington's September 29, 2003 Standing Order, also enclosed are courtesy copies of First Act's Motion for Reconsideration/for Protective Order and Plaintiff's Assented-to Motion to File Pleadings Under Seal, which were electronically filed today.

ATTORNEYS AT LAW

Civil Clerk
United States District Court
For the District of Massachusetts
August 2, 2004
Page 2

Thank you for your attention to this matter.

Very truly yours,

Sarah C. Peck

SCP/cth
Enclosures

cc:   David J. Volkin, Esq.
      Lee Carl Bromberg, Esq.
      Julia Huston, Esq.

02202/00504  318877.1