IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

```
***********************************************
Plaintiff A, Plaintiff B,                     *
Plaintiff C, PLAINTIFF D and                  *
Others Similarly Situated,                    *
      Plaintiffs                              *
                                              *   No. 04CV11022 EFH
  v.                                          *
                                              *
WANG, Taihua, Communist Party                 *
Secretary of Anhui Province, and              *
formerly Governor of Anhui Province           *
of the People's Republic of China             *
***********************************************
```

FILED IN CLERK'S OFFICE
2004 DEC -3  A 10: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

To the Clerk of the United States District Court for the Eastern District of Massachusetts:

Plaintiff A, B, C and D hereby requests that the Clerk enter the default of defendant Wang, Taihua for failure to plead or otherwise defend in a timely manner as provided by Federal Rules of Civil Procedure, Rule 55(a).

This request is based on the attached affirmation of Jang Jei Jaw, Attorney-in-Fact which shows the following:

(1) The defendant was served with the summons and complaint pursuant to Federal Rules of Civil Procedure, Rule 4(c) on May 24, 2004, as evidenced by the proof of service on file with this court, a copy of which is attached to this application.

1

(2) The defendant has failed to plead or otherwise respond to the complaint.

(3) The applicable time limit for responding has expired.

(4) A copy of the application has been sent to the defendant on          day of November, 2004.

Executed this 24th day of November, 2004, in Lexington, MA.

_____
Jang Jei Jaw, Attorney-In-Fact
16 Flintlock Road
Lexington, MA 02420
USA