# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Plaintiffs, A, B, C

**Plaintiff**

V.

Wang, Taihua

**Defendant**

CIVIL ACTION

NO. 04-11022 EFH

## NOTICE OF DEFAULT

Upon application of the Plaintiff, A, B, and C for an order of Default for failure of the Defendant, Taihua Wang, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 30th day of December 2004.

**TONY ANASTAS**
**CLERK OF COURT**

By: /s/ Sandra Holahan

**Deputy Clerk**

**Notice mailed to:** Jang Jei Jaw
16 Flintlock Road
Lexington, MA 02420

(Default Notice.wpd - 2/2000)                                                                 [ntcdflt.]