# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF A, ET AL.,
                Plaintiffs

        v.                            CIVIL ACTION NO.:
                                      04-11022-EFH

TAIHUA WANG,
                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

January 3, 2006

HARRINGTON, S.D.J.

    The Court orders this case dismissed for want of prosecution on the part of the plaintiffs.

    SO ORDERED.

                                             /s/ Edward F. Harrington
                                             EDWARD F. HARRINGTON
                                             United States Senior District Judge